UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE INDIANA STATE COUNCIL OF PLASTERERS & CEMENT MASONS PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:19-cv-03315-JMS-MJD |
| STEPHANIE LAGLER, et al. | ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge has submitted his Report and Recommendation, Dkt. [102] regarding the motion seeking to enforce the parties' settlement agreement filed Defendants Tyler Alvarado, B.A., and C.A. (together referred to as the "Alvarado Beneficiaries"), Stephanie Lagler, Christopher Bredlow, and the Estate of Cory Alvarado (the "Estate") Dkt. [98]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation [102], hereby adopts the Magistrate Judge's Report and Recommendation in its entirety and orders Plaintiff to make the disbursements required by the settlement agreement based on the account balance Plaintiff certified to the Court, which was $175,608.55. Appropriate dismissal papers should be filed by September 10, 2020.

SO ORDERED.

Date: 8/31/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.